**FIFTH DIVISION
DILLARD, C. J.,
REESE and BETHEL, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**March 20, 2018**

# In the Court of Appeals of Georgia

A16A0201. HENRY COUNTY BOARD OF EDUCATION v. S. G.

BETHEL, Judge.

Our earlier decision in this case, *Henry County Board of Education v. S. G.*, 337 Ga. App. 260 (786 SE2d 907) (2016), was reversed by the Supreme Court of Georgia, *Henry County Board of Education v. S. G.*, 301 Ga. 794 (804 SE2d 427) (2017). We now vacate our earlier decision, and we adopt the opinion and decision of the Supreme Court as our own. We reverse the judgment of the Superior Court and remand the case with direction that it, in turn, remand to the Board of Education for further findings and conclusions after applying the appropriate law to the evidence in accordance with this opinion.

*Judgment reversed and case remanded with direction. Dillard, C. J., and Reese, J., concur.*